UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN P. LANE, individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:19-CV-01492-X |
| THE UNITED STATES, | § § § | |
| *Defendant.* | § § § | |

## ORDER

The parties filed a *Joint Motion to Stay Proceedings* [Doc. No. 33]. The Court **GRANTS** the motion to stay and **STAYS** the case until the identified Federal Circuit cases are resolved. The Court also **ADMINISTRATIVELY CLOSES** the case for the pendency of the stay. The parties should request to reopen the case and lift the stay once the Federal Circuit decisions are rendered. The February 10, 2021, hearing is **CONTINUED** and will be rescheduled after the stay is lifted.

**IT IS SO ORDERED** this 5th day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1