UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN P. LANE, Individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 19-CV-1492-X |
| v. | § § | |
| THE UNITED STATES, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is The United States's Motion to Stay or, in the alternative, for extension of time (Doc. 58). The Court **DENIES** the Government's request to stay this case but **GRANTS** the Government's third request for extension of time to file its reply brief. This will be the final extension granted. The Government's reply brief is now due on or before April 16, 2025. This should allow time for substituted counsel to get up to speed and provides additional time for the Department of Justice to raise the issues in this case with agency leadership in light of the recent Executive Order discussed in the Government's motion.

**IT IS SO ORDERED** this 13th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE