UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRIAN P. LANE, Individually and,
on behalf of all others similarly situated

    Plaintiff,

v.

THE UNITED STATES

    Defendant.

Case No. 3:19-cv-01492-X
Judge Brantley Starr

## JOINT STATUS REPORT

Plaintiff, Brian P. Lane, and defendant, the United States, respectfully submit this joint status report in accordance with the Court's March 2, 2026, Order, ECF No. 89, concerning the progress of the parties' settlement discussions.

The parties met in person in Washington D.C. on March 9, 2026 concerning settlement of this case and have had additional follow-up meetings. The parties have made significant progress toward a negotiated resolution and in light of the productive nature of the parties' discussions, the parties believe that continued engagement is warranted and appropriate. Because of the nature of this putative class action and the complexity of a potential settlement, the parties need additional time to reach an agreement. Accordingly, the parties respectfully propose to file a further joint status report on or before May 25, 2026, advising the Court of the progress of these settlement discussions.

| | Respectfully submitted, |
|---|---|
| /s/ Adam M. Riley | |
| ADAM M. RILEY (IL 6333903) | BRETT A. SHUMATE |
| ETHAN A. FLINT (IL 6286170) | Assistant Attorney General |
| FLINT COOPER, LLC | |
| 222 E. Park St., Suite 500 | PATRICIA M. McCARTHY |
| P.O. Box. 189 | Director |
| Edwardsville, IL 62025 | |
| T: (618) 288-4777 | |
| F: (618) 288-2864 | ERIC P. BRUSKIN |
| ariley@flintcooper.com | Assistant Director |
| eflint@flintcooper.com | |
| | /s/ Nathanael B. Yale |
| /s/ Klint Bruno | NATHANAEL B. YALE |
| KLINT BRUNO | (NY Bar No. 4417861) |
| (Ill. Bar. No. 6257742) | Senior Trial Counsel |
| The Bruno Firm, LLC | Commercial Litigation Branch |
| 205 North Michigan Avenue | Civil Division |
| Suite 810 | U.S. Department of Justice |
| Chicago, Illinois 60601 | P.O. Box 480 |
| 312.321.6481 | Ben Franklin Station |
| kb@brunolawus.com | Washington, DC 20044 |
| | Telephone: (202) 616-0464 |
| | Facsimile: (202) 353-0461 |
| *Attorneys for Plaintiff* | nathanael.b.yale@usdoj.gov |
| | |
| | ANDREW I. WARDEN |
| | Assistant Branch Director |
| April 9, 2026 | Federal Programs Branch |
| | |
| | *Attorneys for Defendant* |

2