UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN P. LANE, Individually and, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 3:19-cv-01492-X<br>Judge Brantley Starr |

## JOINT STATUS REPORT

Plaintiff, Brian P. Lane, and defendant, the United States, respectfully submit this joint status report in accordance with the Court's May 12, 2026, Order, ECF No. 93, concerning the progress of the parties' settlement discussions.

In this case, the parties have engaged in extensive settlement discussions to resolve this litigation without additional proceedings. The parties have made substantial progress toward a negotiated resolution and in light of the productive nature of the parties' discussions, the parties believe that continued engagement is warranted and appropriate. In conjunction with these extensive negotiations concerning the specific terms of a settlement, on May 4, 2026, plaintiff presented a revised settlement proposal. That proposal is currently under review by the office of the Associate Attorney General of the United States. Because of the nature of this case and the complexity of a potential settlement, the parties need additional time to reach an agreement. Accordingly, the parties respectfully propose to file a further

joint status report on or before July 10, 2026, advising the Court of the progress of these settlement discussions.

| | |
|---|---|
| /s/ Adam M. Riley<br>ADAM M. RILEY (IL 6333903)<br>ETHAN A. FLINT (IL 6286170)<br>FLINT COOPER, LLC<br>222 E. Park St., Suite 500<br>P.O. Box. 189<br>Edwardsville, IL 62025<br>T: (618) 288-4777<br>F: (618) 288-2864<br>ariley@flintcooper.com<br>eflint@flintcooper.com<br><br>KLINT BRUNO<br>(Ill. Bar. No. 6257742)<br>The Bruno Firm, LLC<br>205 North Michigan Avenue<br>Suite 810<br>Chicago, Illinois 60601<br>312.321.6481<br>kb@brunolawus.com<br><br>*Attorneys for Plaintiff*<br><br><br><br>June 10, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br><br>ERIC P. BRUSKIN<br>Assistant Director<br><br>/s/ Nathanael B. Yale<br>NATHANAEL B. YALE<br>(NY Bar No. 4417861)<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0464<br>Facsimile: (202) 353-0461<br>nathanael.b.yale@usdoj.gov<br><br>ANDREW I. WARDEN<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*Attorneys for Defendant* |