UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN P. LANE, Individually and, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 3:19-cv-01492-X<br>Judge Brantley Starr |

## JOINT STATUS REPORT

Plaintiff, Brian P. Lane, and defendant, the United States, respectfully submit this joint status report in accordance with the Court's August 11, 2026, Order, ECF No. 99, concerning the progress of the parties' settlement discussions.

In this case, the parties have engaged in extensive settlement discussions to resolve this litigation without additional proceedings. The parties have made substantial progress toward a negotiated resolution, and the parties believe that continued engagement is warranted and appropriate. In conjunction with these negotiations concerning the specific terms of a settlement, on May 4, 2026, plaintiff presented a revised settlement proposal. That proposal is currently under review by the office of the Associate Attorney General of the United States. Accordingly, the parties respectfully propose to file a further joint status report on or before October 12, 2026, advising the Court of the progress of these settlement discussions.

Plaintiff's Position

Plaintiff remains committed to engaging in good faith and diligent settlement discussions and continues to believe that a negotiated resolution of this matter is achievable. Plaintiff writes separately, however, to express concern regarding the lack of progress in those discussions. Since Plaintiff presented a revised settlement proposal on May 4, 2026, Plaintiff has received no response from the United States, and communications between the parties have been very limited. The May 4, 2026, proposal was, moreover, Plaintiff's second settlement proposal in this matter. To date, the United States has neither extended a settlement offer of its own nor provided a substantive response to either of Plaintiff's proposals.

While Plaintiff understands that the pending proposal remains under review by the office of the Associate Attorney General, more than four months have now passed since that second proposal was presented. Plaintiff respectfully submits that continued settlement discussions are warranted only if they are accompanied by meaningful engagement from the United States. Accordingly, if Plaintiff does not receive a substantive response to the May 4, 2026, proposal before the parties' next joint status report is due, Plaintiff intends to request that the Court enter a schedule for further proceedings so that this case may move forward.

| | |
|---|---|
| /s/ Adam M. Riley<br>ADAM M. RILEY (IL 6333903)<br>ETHAN A. FLINT (IL 6286170)<br>FLINT COOPER, LLC<br>222 E. Park St., Suite 500<br>P.O. Box. 189<br>Edwardsville, IL 62025<br>T: (618) 288-4777<br>F: (618) 288-2864<br>ariley@flintcooper.com<br>eflint@flintcooper.com<br><br>KLINT BRUNO<br>(Ill. Bar. No. 6257742)<br>The Bruno Firm, LLC<br>205 North Michigan Avenue<br>Suite 810<br>Chicago, Illinois 60601<br>312.321.6481<br>kb@brunolawus.com<br><br>*Attorneys for Plaintiff*<br><br>September 10, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>ERIC P. BRUSKIN<br>Assistant Director<br><br>/s/ Nathanael B. Yale<br>NATHANAEL B. YALE<br>(NY Bar No. 4417861)<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0464<br>Facsimile: (202) 353-0461<br>nathanael.b.yale@usdoj.gov<br><br>ANDREW I. WARDEN<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*Attorneys for Defendant* |