UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN P. LANE, Individually and, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 3:19-cv-01492-X<br>Judge Brantley Starr |

**JOINT STATUS REPORT**

Plaintiff, Brian P. Lane, and defendant, the United States, respectfully submit this joint status report in accordance with the Court's September 11, 2026, Order, ECF No. 101, concerning the progress of the parties' settlement discussions.

The United States can report that since the filing of the parties' last joint status report, it has reviewed and considered the plaintiff's revised settlement proposal in good faith. The parties can report that they then engaged in substantial negotiations concerning the major provisions of the settlement. Importantly, the parties have streamlined the settlement process by narrowing the potential settlement structures being considered to one structure and believe that they have resolved most of the major issues of a potential settlement through negotiations. In light of the substantive discussions concerning the major provisions and the settlement structure, the parties believe that they have now have a path forward to resolve this litigation without additional proceedings. Accordingly, because of the productive

nature of the recent discussions, the parties believe that continued engagement is warranted and appropriate. The parties respectfully propose to file a further joint status report on or before November 18, 2026, advising the Court of the progress of these settlement discussions.

<table>
<tr>
<td>
/s/ Adam M. Riley<br>
ADAM M. RILEY (IL 6333903)<br>
ETHAN A. FLINT (IL 6286170)<br>
FLINT COOPER, LLC<br>
222 E. Park St., Suite 500<br>
P.O. Box. 189<br>
Edwardsville, IL 62025<br>
T: (618) 288-4777<br>
F: (618) 288-2864<br>
ariley@flintcooper.com<br>
eflint@flintcooper.com<br>
<br>
KLINT BRUNO<br>
(Ill. Bar. No. 6257742)<br>
The Bruno Firm, LLC<br>
205 North Michigan Avenue<br>
Suite 810<br>
Chicago, Illinois 60601<br>
312.321.6481<br>
kb@brunolawus.com<br>
<br>
Attorneys for Plaintiff<br>
<br>
October 19, 2026
</td>
<td>
Respectfully submitted,<br>
<br>
BRETT A. SHUMATE<br>
Assistant Attorney General<br>
<br>
PATRICIA M. McCARTHY<br>
Director<br>
<br>
ERIC P. BRUSKIN<br>
Assistant Director<br>
<br>
/s/ Nathanael B. Yale<br>
NATHANAEL B. YALE<br>
(NY Bar No. 4417861)<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
U.S. Department of Justice<br>
P.O. Box 480<br>
Ben Franklin Station<br>
Washington, DC 20044<br>
Telephone: (202) 616-0464<br>
Facsimile: (202) 353-0461<br>
nathanael.b.yale@usdoj.gov<br>
<br>
ANDREW I. WARDEN<br>
Assistant Branch Director<br>
Federal Programs Branch<br>
<br>
Attorneys for Defendant
</td>
</tr>
</table>