UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN P. LANE, Individually and, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 3:19-cv-01492-X<br>Judge Brantley Starr |

**JOINT STATUS REPORT**

Plaintiff, Brian P. Lane, and defendant, the United States, respectfully submit this joint status report in accordance with the Court's October 20, 2026, Order, ECF No. 103, concerning the progress of the parties' settlement discussions.

The parties can report that they have engaged in substantial negotiations concerning the major provisions of the settlement. Importantly, the parties have streamlined the settlement process by narrowing the potential settlement structures being considered to one structure and believe that they have resolved most of the major issues of a potential settlement through negotiations. The United States can further report that since the filing of the parties' last joint status report, it has been in the process of obtaining approval of the settlement of this case by the authorized representative of the Attorney General. Accordingly, because of the continued productive nature of settlement discussions and the substantial potential to reach a negotiated resolution of this case without additional costly litigation, the parties

believe that continued engagement is warranted and appropriate. The parties respectfully propose to file a further joint status report on or before December 18, 2026, advising the Court of the progress of these settlement discussions.

| | |
|---|---|
| /s/ Adam M. Riley<br>ADAM M. RILEY (IL 6333903)<br>ETHAN A. FLINT (IL 6286170)<br>FLINT COOPER, LLC<br>222 E. Park St., Suite 500<br>P.O. Box. 189<br>Edwardsville, IL 62025<br>T: (618) 288-4777<br>F: (618) 288-2864<br>ariley@flintcooper.com<br>eflint@flintcooper.com<br><br>KLINT BRUNO<br>(Ill. Bar. No. 6257742)<br>The Bruno Firm, LLC<br>205 North Michigan Avenue<br>Suite 810<br>Chicago, Illinois 60601<br>312.321.6481<br>kb@brunolawus.com<br><br>*Attorneys for Plaintiff*<br><br>November 18, 2026 | Respectfully submitted,<br><br>JONATHAN D. GUYNN<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>ERIC P. BRUSKIN<br>Assistant Director<br><br>/s/ Nathanael B. Yale<br>NATHANAEL B. YALE<br>(NY Bar No. 4417861)<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0464<br>Facsimile: (202) 353-0461<br>nathanael.b.yale@usdoj.gov<br><br>ANDREW I. WARDEN<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*Attorneys for Defendant* |